**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Cassidy J. Green (R-42965), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19 C 0425 |
| v. ) | |
| ) | Hon. Franklin U. Valderrama |
| ) | |
| Jacqueline Farro, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff's renewed motion for attorney representation [85] is denied for substantially the same reasons the prior request for counsel was denied [*see* 64]. As explained in the Court's August 27, 2020 order, "[t]here is no right to court-appointed counsel in federal civil litigation," *Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014), but the Court has discretion to request that an attorney represent an indigent litigant on a volunteer basis under 28 U.S.C. § 1915(e)(1). "[A] district court faced with a request for counsel must ask two questions: '(1) [H]as the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?'" *Armstrong v. Krupiczowicz*, 874 F.3d 1004, 1008 (7th Cir. 2017) (alteration in original) (quoting *Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007)). Plaintiff has demonstrated that he tried to obtain counsel in this case and had no success, so that element is satisfied. [*See* 56 at pg. 1; 85 at pg. 1.] But Plaintiff appears capable of continuing to litigate this case on his own. The docket reflects that this case has proceeded to the discovery phase (and the parties are engaged in that process). The Court notes—as it did in its prior order considering Plaintiff's request for counsel —that Plaintiff has "some college" education. [*See* 56 at pg. 2; 85 at pg. 2.] The conditions of confinement claim that Plaintiff is pursuing in this action is not particularly complex (factually or legally), at least not at this stage of the case. Accordingly, the current request for attorney representation is denied without prejudice.

DATED: January 5, 2021

_____
United States District Judge
Franklin U. Valderrama