#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Cassidy J. Green, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  19 C 0425 |
| v. | ) | |
| | ) | Hon. Franklin U. Valderrama |
| Jacqueline Farro, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

    Plaintiff's June 28, 2021 renewed motion for attorney representation [130] is granted. The Court recruits Marcus L. Mintz, Seyfarth Shaw LLP, 233 South Wacker Drive, Suite 8000, Chicago, IL, 60606, mmintz@seyfarth.com, to represent Plaintiff in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37. By August 13, 2021, counsel shall file an appearance. The Clerk is directed to send a copy of this order to Plaintiff, recruited counsel, and to the PACER Service Center and Systems Department as set forth below. By no later than thirty (30) days after recruited counsel has filed his appearance, the parties shall file a joint status report.

Dated:  July 16, 2021

                                                                         Franklin U. Valderrama
                                                                        United States District Judge