## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cassidy J. Green

                    Plaintiff,

v.                                                     Case No.: 1:19−cv−00425
                                                    Honorable Franklin U. Valderrama

LaSalle Co. Sheriff Dept., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 13, 2021:

      MINUTE entry before the Honorable Susan E. Cox: The Court has reviewed the parties' joint status report. In it, they seek to enter and continue this matter until 11/26/21 "to allow appointed counsel to get caught up to speed on discovery and address concerns raised by Defendants' counsel relative to the objections raised by the Plaintiff in his discovery deposition which may alleviate the need for a motion to compel." While the Court appreciates the difficulty appointed counsel faces being recruited into the middle of an ongoing discovery dispute in a 2.5−year−old case, the Court is disinclined to allow so much time to pass to allow counsel to familiarize himself with this case. At this point, the case still does not have a fact discovery deadline. The parties are ordered to meet and confer and submit a proposed scheduling order for the remainder of fact discovery to this Court's proposed order inbox on or before 8/26/21. Upon review of that proposed schedule, the Court will set a date for an updated joint status report in early October. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.